UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANY ZAMORA-SMITH,<br><br>    Petitioner,<br><br>  v.<br><br>D. DAVIES, Warden,<br><br>    Respondent. | NO. CV 14-6032-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 23, 2017

                                       GEORGE H. WU
                                United States District Judge